IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **No. 23-16** |
| BHASKAR SAVANI, *et al*, | : | |

## ORDER

**AND NOW**, this 6ᵗʰ day of August, 2025, following a video status conference with counsel, **IT IS HEREBY ORDERED** that the August 11, 2025 deadline to file motions in limine, proposed *voir dire* questions, jury instructions, trial memos and verdict slips is **EXTENDED**, and will be reset in a forthcoming order upon resolution of Defendant Bhaskar Savani's pending Motion to Continue Trial Date.


BY THE COURT:


/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.